**Opinion issued December 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00936-CV

———————————

## IN RE HON. CHRISTOPHER DUPUY, Relator

---

## Original Proceeding on Petition for Accelerated Writ of Mandamus

---

## MEMORANDUM OPINION[1]

By petition for writ of mandamus relator Hon. Christopher Dupuy challenges the trial court's June 10, 2013 order compelling his oral deposition, as well as an order of October 29, 2013 issuing a bench warrant for Dupuy's

---

[1] The underlying case is *Mr. Margarita, LP v. Christopher Dupuy and Dupuy Associates*, No. 09-CV-1183, in the 405th District Court of Galveston County, Texas, the Honorable Shearn Smith presiding.

attendance at a deposition on November 18, 2013, which was not attached to the mandamus petition.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot** and the **stay granted by this court on October 30, 2013 is hereby lifted.**

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.